The Nimkoff Firm, Plaintiff-Appellant, against
against
Paula Villalva, Defendant-Respondent.
 Paula Villalva, Third-Party Plaintiff-Respondent, - Ronald A. Nimkoff and Nimkoff Rosenfeld & Schechter, LLP, Third-Party Defendants-Appellants.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Adam Silvera, J.), dated May 2, 2017, which granted defendant's motion to vacate a default judgment.




Per Curiam.
Order (Adam Silvera, J.), dated May 2, 2017, affirmed, without costs.
Given the strong public policy favoring resolution of cases on the merits (see Chevalier v 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 413-414 [2011]), the reasonable excuse proffered by defendant for her failure to appear at the pretrial conference, the existence of a possible meritorious defense to the claim for unpaid legal fees, and the absence of any indication that defendant's isolated default was willful or prejudicial, the motion court did not abuse its discretion in granting defendant's prompt motion for vacatur relief (see Person v Sulton, 59 Misc 3d 126[A], 2018 NY Slip Op 50347[U] [App Term, 1st Dept 2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 12, 2018